UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

NATASHA POWELL o/b/o
L.P.,
    Plaintiff,

vs.                                          CASE NO. 5:06cv128/RS-MD

MICHAEL J. ASTRUE[1], Commissioner
of Social Security,

    Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 19) and Plaintiff's Objection To Magistrate Judge (Doc. 21). I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated in this Order.

2. The decision of the Commissioner of Social Security to deny benefits is affirmed.

3. The clerk is directed to close the file.

ORDERED on September 17, 2007.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**

---

[1] Michael J. Astrue succeeded Jo Anne B. Barnhart and is presently the Commissioner of Social Security. Therefore, he is automatically substituted as Defendant. *See* Fed. R. Civ. P. 25(d)(1).